# UNITED STATES DISTRICT COURT
## Southern District of Indiana

LOUISE MILAN )
        Plaintiff(s), )
)
vs. ) CASE NO. 3:13–cv–00001–RLY–WGH
)
CITY OF EVANSVILLE, et al. )
        Defendant(s) )

## ORDER OF RECUSAL/DISQUALIFICATION

In accordance with the provisions of Title 28 U.S.C. §455, the undersigned hereby disqualifies himself/herself in this matter. The Clerk of Court is directed to randomly reassign this matter to another Judge, pursuant to the court's reassignment procedures.

IT IS SO ORDERED.


DATE: January 22, 2013        /s/ Judge Richard L. Young
                                               United States District Court
                                               Southern District of Indiana