UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LOUISE MILAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 3:13-cv-00001-WTL-WGH |
| | ) |
| CITY OF EVANSVILLE, et. al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff, Louise Milan, by counsel, having filed her *Motion to Amend Case Management Plan and Vacate and Reset Trial Date* and the Court being duly advised in its premises hereby GRANTS said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the non-expert discovery deadline is extended one hundred and twenty days (120) up to and including July 11, 2104, dispositive motions deadline is extended one hundred and twenty days (120) up to and including July 11, 2104, Plaintiff's expert disclosure deadline is extended one hundred and twenty days (120) up to and including July 11, 2104, Defendant's expert disclosure deadline is extended one hundred and twenty-one days (121) up to and including August 12, 2104 and the expert discovery deadline is extended one hundred and twenty days (120) up to and including September 11, 2104.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Final Pretrial Conference currently set for September 15, 2014 and the Trial set to begin on October 14, 2014

are vacated. The Final Pretrial Conference is now set for Friday, February 6, 2015 at 1:00 p.m. and the three (3) day bench trial for this matter is now set for Monday, March 2, 2015 at 9:00 a.m. Both shall be conducted in Courtroom 301 of the Winfield K. Denton Federal Building and U.S. Courthouse, 101 Northwest MLK Blvd, Evansville, Indiana.

DATED: 03/04/2014

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel by electronic notification via CM/ECF